■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PORFIRIO CONTRERAS, Appellant. [628 NYS2d 551] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Sherman, J.), rendered May 24, 1993, convicting him of burglary in the first degree, robbery in the first degree, criminal impersonation in the first degree, and unlawful imprisonment, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has not preserved for appellate review his contention that the evidence was legally insufficient to establish his guilt beyond a reasonable doubt *(see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit. Copertino, J. P., Santucci, Altman and Krausman, JJ., concur.